UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| WOOLWORTHS NASHVILLE, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>THE CINCINNATI INSURANCE COMPANY, et al.,<br><br>    Defendants. | Case No. 3:20-cv-00396<br><br>Judge William L. Campbell, Jr<br>Magistrate Judge Alistair E. Newbern |
| TWELVE TWELVE NASHVILLE, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>THE CINCINNATI INSURANCE COMPANY, et al.,<br><br>    Defendants. | Case No. 3:20-cv-00423<br><br>Judge William L. Campbell, Jr<br>Magistrate Judge Alistair E. Newbern |
| PIZZA LOVES EMILY HOLDINGS, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>THE CINCINNATI INSURANCE COMPANY, et al.,<br><br>    Defendants. | Case No. 3:20-cv-00429<br><br>Judge William L. Campbell, Jr<br>Magistrate Judge Alistair E. Newbern |

| | |
|---|---|
| LGW, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>THE CINCINNATI INSURANCE COMPANY, et al.,<br><br>    Defendants. | Case No. 3:20-cv-00481<br><br>Judge William L. Campbell, Jr<br>Magistrate Judge Alistair E. Newbern |
| ACME NASHVILLE, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>THE CINCINNATI INSURANCE COMPANY, et al.,<br><br>    Defendants. | Case No. 3:20-cv- 00496<br><br>Judge William L. Campbell, Jr<br>Magistrate Judge Alistair E. Newbern |
| SOUTHERN KITCHEN NASHVILLE, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>THE CINCINNATI INSURANCE COMPANY, et al.,<br><br>    Defendants. | Case No. 3:20-cv-00497<br><br>Judge William L. Campbell, Jr<br>Magistrate Judge Alistair E. Newbern |

## **ORDER**

A telephone conference with the Magistrate Judge is set on October 26, 2020 at 1:30 p.m. Counsel shall call (888) 557-8511 and enter access code 7819165# to participate.

It is so ORDERED.

_____
ALISTAIR E. NEWBERN
United States Magistrate Judge