# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| WOOLWORTHS NASHVILLE, LLC ) <br> d/b/a WOOLWORTH ON 5TH, ) <br> ) <br> **Plaintiff,** ) <br> ) <br> v. ) <br> ) <br> THE CINCINNATI INSURANCE ) <br> COMPANY, THE CINCINNATI ) <br> CASUALTY COMPANY, and THE ) <br> CINCINNATI INDEMNITY ) <br> COMPANY, ) <br> ) <br> **Defendants.** ) | NO. 3:20-cv-00396 <br><br> JUDGE CAMPBELL <br> MAGISTRATE JUDGE NEWBERN |

## ORDER

Pursuant to the October 26, 2020 Order of the Magistrate Judge (Doc. No. 28), Defendants filed an Amended Motion to Dismiss (Doc. No. 33). Accordingly, the earlier filed Motion to Dismiss (Doc. No. 15) is **MOOT**.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE