IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| WOOLWORTHS NASHVILLE, LLC, D/B/A WOOLWORTH ON 5TH, | ) ) ) | |
| **Plaintiff,** | ) ) | NO. 3:20-cv-00396 |
| v. | ) ) | JUDGE CAMPBELL |
| THE CINCINNATI INSURANCE COMPANY, *et. al*, | ) ) ) ) | MAGISTRATE JUDGE NEWBERN |
| **Defendants.** | ) | |

## ORDER

Pending before the Court is Defendants' Amended Motion to Dismiss. (Doc. No. 33). Plaintiff filed a response (Doc. No. 38) and Defendants filed a reply (Doc. No. 40). The parties filed a Joint Notice of Supplemental Authority (Doc. No. 46), and Defendants filed an additional Notice of Supplemental Authority (Doc. No. 47).

For the reasons stated in the accompanying Memorandum, Defendants' Motion to Dismiss is **GRANTED**, and this case is **DISMISSED**.

This Order shall constitute the final judgment in this case pursuant to Federal Rule of Civil Procedure 58. The Clerk is directed to close the file.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE